Argued and submitted March 16, ballot title certified March 25, 1999

Bill SIZEMORE,
*Petitioner,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent,*
*and*

John CHASE,
James Sager, Oregon Education Association/
Oregon Association of Classified Employees,
and Oregon AFL-CIO,
*Intervenors.*

(SC S46041)

976 P2d 1122

Gregory W. Byrne, of Byrne & Associates, P.C., Portland, argued the cause and filed the petition for petitioner.

Philip Schradle, Assistant Attorney General, Salem, argued the cause for respondent. With him on the answering memorandum were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Margaret S. Olney, of Smith, Gamson, Diamond & Olney, Portland, argued the cause and filed the memorandum for intervenors.

PER CURIAM

**PER CURIAM**

This is a ballot title review proceeding brought under ORS 250.085(2). Petitioner is an elector who timely submitted written comments on the draft ballot title and who therefore is entitled to seek review of the ballot title certified by the Attorney General. *See id.* (setting that standard).

We have considered each of petitioner's arguments concerning the ballot title certified by the Attorney General. We conclude that none of those arguments establishes that the Attorney General's certified ballot title fails to comply with the standards for such ballot titles set out in ORS 250.035(2)(a) to (d). Accordingly, we certify to the Secretary of State the following ballot title:

AMENDS CONSTITUTION: PROHIBITS PAYROLL
DEDUCTIONS FOR POLITICAL PURPOSES
WITHOUT SPECIFIC WRITTEN AUTHORIZATION

RESULT OF "YES" VOTE:   "Yes" vote prohibits payroll deductions for political purposes without specific annual written employee authorization.

RESULT OF "NO" VOTE:   "No" vote retains current laws governing authorization of payroll deductions for political purposes.

SUMMARY: Amends Constitution. Under current law, payroll deductions are permitted only if authorized in writing by employee, authorized by collective bargaining agreement or required by law; unions cannot require political contributions. Measure prohibits using payroll deductions for political purposes without specific annual written employee authorization. Applies to all employees. Deductions are "used for political purposes" if any portion is spent directly/indirectly on: contributions to candidates or political committees/parties; lobbying; independent expenditures supporting/opposing candidates, ballot measures or proposed initiatives. Imposes civil penalties for violations.

Ballot title certified. This decision shall become effective in accordance with ORAP 11.30(10).